Lazar Jacobson v. John R. Wolthausen.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henrietta Ginsberg v. Triangle Waist Company.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Henrietta Ginsberg v. Triangle Waist Company.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James P. Tighe v. Catherine M. Walters.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Flora Weinberg v. Grand Union Paper Company.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Peter G. Kemp v. Samuel Lawson, Sr.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles E. Quincey, Jr., v. Willis B. Boyd.— Motion granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John F. Purcell, as Administrator, v. Barbara E. Hickey, as Administratrix. John F. Purcell, as Administrator, v. Barbara E. Hickey, as Administratrix. John F. Purcell, as Administrator, v. Barbara E. Hickey, as Administratrix.— Motions granted unless appellant complies with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Skeele Coal Company v. Charles T. Baker.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James J. McLaughlin v. New York Railways Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Randolph v. Armstead W. Field.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Carnegie Trust Company v. Samuel H. Kress. — Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Catherine Meighan v. Lillie E. Rohe and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rebecca Gavrilutz v. Joseph K. Savage.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Rebecca Gavrilutz v. Joseph K. Savage.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.